# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:13cv41

| | |
|---|---|
| **COMPUFILL, LLC,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )  **O R D E R**<br>) |
| **INGLES MARKETS, INCORPORATED,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Susan Freya Olive's Application for Admission to Practice *Pro Hac Vice* of Darrell Glyn Dotson [Doc. 6].

In the Application, Susan Olive has certified that Darrell Glyn Dotson is a member in good standing of the Bars of the Eastern, Northern and Southern Districts of Texas as well as the State of Texas and will be appearing with her, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that Susan Olive's Application for Admission to Practice *Pro Hac Vice* of Darrell Glyn Dotson [Doc. 6] is hereby **GRANTED** and Darrell Glyn Dotson is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Susan Olive.

Signed: March 5, 2013

Martin Reidinger
United States District Judge