IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:13-cv-41

| | |
|---|---|
| COMPUFILL, LLC, | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INGLES MARKETS, | ) |
| INCORPORATED, | ) |
|    Defendant. | |

### DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
### TO RESPOND TO COMPLAINT

NOW COMES the Defendant, Ingles Markets, Incorporated and shows unto the Court that the time for responding to Plaintiff's Complaint in this action has not expired, time being March 14, 2013 and moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an Order enlarging time to April 13, 2013, for the reason that counsel for said party will require additional time to adequately prepare a response to the Plaintiff's Complaint or otherwise plead in this action.

Plaintiff's counsel does not object to this motion.

This the 8th day of March, 2013.

                                            By: s/ Wyatt S. Stevens
                                                N.C. Bar No. 21056
                                                Roberts & Stevens, P.A.
                                                Attorney for Defendant
                                                P. O. Box 7647
                                                Asheville, NC 28802
                                                Telephone: (828) 252-6600
                                                Facsimile: (828) 253-7200
                                                E-Mail:wstevens@roberts-stevens.com

R&S 1043533-1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time was served on all parties who have an account with CM/ECF in this matter by notice of electronic filing through the CM/ECF system/electronic mail.

This the 8th day of March, 2013.

                                                                               s/ Wyatt S. Stevens

R&S 1043533-1