IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| COMPUFILL, LLC,         )<br>    Plaintiff,         )<br>                         )<br>v.                       )<br>                         )<br>INGLES MARKETS, INCORPORATED, )<br>    Defendant.        ) | File No.: 1:13-cv-41 |

**INGLES MARKETS' THIRD UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

NOW COMES Defendant, Ingles Markets, Inc. ("Ingles"), by and through its undersigned counsel, and respectfully requests that this Court grant its Unopposed Motion for an Extension of Time to Respond to Complaint. In support of this unopposed motion, Ingles states as follows:

1. The undersigned, counsel for Ingles, has conferred with counsel for Plaintiff, Compufill, LLC ("Compufill"), and counsel for Compufill confirmed that it does not oppose this request for an additional thirty (30) days to respond to the complaint.

2. This a civil action in which Compufill allges that Ingles is infringing one or more claims of U.S. Patent No. 6,728,684 ("the '684 patent") entitled "On-Line Pharmacy Automated Refill System."

3. Compufill filed the complaint against Ingles on February 14, 2003.

R&S 1069114-1

4.      On March 8, 2013, in a Text-Only Order, the Court granted Ingles an extension of time allowing Ingles to respond to the complaint by April 13, 2013.

5.      On April 12, 2013, in a Text-Only Order, the Court granted Ingles an extension of time allowing Ingles to respond to the complaint by May 6, 2013.

6.      Counsel for the parties have reached a tentative resolution of the case but will require additional time to negotiate the details.

7.      For the foregoing reasons, Ingles respectfully requests that this Court grant its unopposed motion and enter an Order allowing Ingles to have up to and including June 5, 2013 to respond to the complaint in this matter.

Respectfully submitted this the 6th day of May, 2013.

By: s/ Wyatt S. Stevens
   N.C. Bar No. 21056
   Roberts & Stevens, P.A.
   Attorney for Defendant
   P. O. Box 7647
   Asheville, NC 28802
   Telephone: (828) 252-6600
   Facsimile:  (828) 253-7200
   E-Mail:wstevens@roberts-stevens.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Third Unopposed Motion for an Extension of Time to Respond to Complaint was served on all parties who have an account with CM/ECF in this matter by notice of electronic filing through the CM/ECF system/electronic mail.

Scott E. Stevens
Gregory P. Love
Darrell G. Dotson
Todd Y. Brandt
Stevens & Love
222 N. Fredonia Street
Longview, TX 75601
(903)753-6760
scott@stevenslove.com
greg@stevenslove.com
Darrell@stevenslove.com
todd@stevenslove.com

Brady J. Fulton
NC Bar No. 39385
123 Biltmore Avenue
Asheville, North Carolina 28801
Telephone: (828) 232-4481
bjf@northupmcconnell.com
*Attorney for Defendant Ingles Markets*

This the 6th day of May, 2013.

                                                                        s/ Wyatt S. Stevens